UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Boneidol Music, Chrysalis Music Group d/b/a Chrysalis Music, Jerry Leiber Music, Mike Stoller Music, Jobete Music Co., Inc., and EMI Full Keel Music Co.,

Plaintiffs,

vs. ORDER

Goodfella's of Eveleth, Inc., and John Carver Richards III,

Defendants. Civ. No. 01-888 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

To: Felicia Jurgens Boyd, Faegre & Benson, 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402-3901

At Duluth, in the District of Minnesota, this 5th day of November, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on May 22, 2001 by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant John Carver

(3)

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Richards III ("Richards") has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure. Moreover, in regard to Defendant Goodfella's of Eveleth, Inc. ("Goodfella's"), it appears that more than 20 days have elapsed since it was served with the Summons and Complaint, and yet no appearance has been entered by it.

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

WHEREFORE, it is --

ORDERED:

1. That counsel for the Plaintiffs is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated on Defendant Richards. In the absence of good cause shown, the Court shall Recommend that this action, as it pertains to Defendant Richards, be dismissed for failure to effect proper service upon him, and for failure of prosecution;

2. That counsel for the Plaintiffs notify Defendant Goodfella's immediately that it is required to serve and file appropriate documentation which complies with the procedures which are outlined in this Order, or else move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

3. That counsel for the Plaintiffs file an application for entry of default unless the required pleading is filed by Defendant Goodfella's within 10 days of the referenced notification; or

4. That counsel for the Plaintiffs advise the Court in writing of any good cause to the contrary.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE