**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Boneidol Music, Chrysalis Music Group d/b/a Chrysalis Music, Jerry Leiber Music, Mike Stoller Music, Jobete Music Co., Inc. and EMI Full Keel Music Co.<br><br>Plaintiff,<br><br>v.<br><br>Goodfella's of Eveleth, Inc. and John Carver Richards III<br><br>Defendant | ) | Civil Action No.01-888 RHK/RLE<br><br>**STIPULATED PERMANENT INJUNCTION** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 65, the parties, through their respective counsel, stipulate to entry of the following permanent injunction:

Upon the foregoing, **IT IS ORDERED** that without security an injunction in the following form issue:

**IT IS ORDERED AND DECREED** that the defendants Goodfella's of Eveleth , Inc. and John Carver Richards III and all persons acting under their direction, control, permission or authority are permanently

**ENJOINED** from publicly performing any copyrighted compositions owned by plaintiffs as well as all other copyrighted musical compositions in the repertory of the American Society of Composers, Authors and Publishers and from causing or permitting said compositions to be publicly performed in any place owned, controlled, or conducted by defendants, or from aiding or abetting the public performances of any such compositions in any such place or otherwise without the permission of copyright owner or unless or until licensed to do so by plaintiffs or the American Society of Composers, Authors and Publishers as their agent.

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DATED: ~~October~~ November 5 ____, 2001

FAEGRE & BENSON LLP

By ______________________________

Felicia J. Boyd #186168
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612/336-3000

Attorneys for Plaintiffs

DATED: October ____, 2001

THE TRENTI LAW FIRM

By ______________________________

Patrick J. Roche, #92411
225 First Street North, Suite 1000
P.O. Box 958
Virginia, MN 55792
218/749-1962

GOODFELLAS OF EVELETH, INC.

By ______________________________

Its MANAGER

JOHN CARVER RICHARDS, III

______________________________

# ORDER

Based on the foregoing Stipulation, the foregoing permanent injunction is hereby entered.

**IT IS SO ORDERED.**

DATED: Nov. 9, 2001

United States District Judge