**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Boneidol Music, Chrysalis Music Group d/b/a Chrysalis Music, Jerry Leiber Music, Mike Stoller Music, Jobete Music Co., Inc. and EMI Full Keel Music Co. | ) | Civil Action No.01-888 RHK/RLE |
| Plaintiff, | ) | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | ) | |
| Goodfella's of Eveleth, Inc. and John Carver Richards III | ) | |
| Defendant | ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree to dismiss the above-captioned action with prejudice and on the merits. Each party will bear its own costs and attorneys fees.

DATED: ~~October~~ November 5, 2001

FAEGRE & BENSON LLP

By [signature]
Felicia J. Boyd #186168
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612/336-3000

Attorneys for Plaintiffs

NOV 09 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: October 17, 2001

THE TRENTI LAW FIRM

By [signature]

Patrick J. Roche, #92411
225 First Street North, Suite 1000
P.O. Box 958
Virginia, MN 55792
218/749-1962

Attorneys for Defendants

**ORDER**

Based on the foregoing stipulation, the above-captioned action is hereby dismissed with prejudice and on the merits. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: Nov. 9, 2001

[signature] RHK

United States District Judge